# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUANTISA HUGHES, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | |
| vs. ) | 1:16-CV-01912-CAP-JFK |
| ) | |
| FULTON COUNTY, GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO: **Plaintiff Juantisa Hughes**
c/o Susan C. Atkinson, Esq.
Atkinson & Associates, LLC
144 Vidal Boulevard
Decatur, GA 30030

### NOTICE TO TAKE DEPOSITION OF PLAINTIFF JUANTISA HUGHES

**YOU ARE HEREBY GIVEN NOTICE**, pursuant to F.R.C.P. Rules 26, 28 and 30, that on **November 6, 2017** at **9:30 a.m.** at the Office of the Fulton County Attorney, 141 Pryor Street, S.W., Suite 4038, Atlanta, GA 30303, before a court reporter or notary public duly authorized to administer oaths, the undersigned will proceed to take the deposition of **JUANTISA HUGHES** for the purpose of discovery, and for all other purposes allowed by law including cross examination and use at trial. The deponent is requested to bring to the deposition all notes,

[2]

documents or materials which were reviewed in preparation for her deposition or which may assist the deponent with her testimony.

The deposition will continue from day to day until examination is completed.

Respectfully submitted, this 20th day of October, 2017.

        **OFFICE OF THE COUNTY ATTORNEY**

        Kaye Woodard Burwell
        Georgia Bar No. 775060
        Kaye.Burwell@fultoncountyga.gov

        Dominique Martinez
        Georgia Bar No. 430323
        Dominique.Martinez@fultoncountyga.gov

        */s/ Laura L. Moore*
        Laura L. Moore
        Georgia Bar No. 870394
        Laura.Moore@fultoncountyga.gov
        Attorneys for Defendant

141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
Telephone:  404-612-0246
Facsimile:  404-730-6324

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUANTISA HUGHES,         ) | |
| )| |
| Plaintiff,       ) | Civil Action File No. |
| ) | |
| vs.                     ) | 1:16-CV-01912-CAP-JFK |
| ) | |
| FULTON COUNTY, GEORGIA   ) | |
| ) | |
| Defendant.       ) | |
| ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, I presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(c) and that I electronically filed the foregoing **"NOTICE TO TAKE DEPOSITION OF PLAINTIFF JUANTISA HUGHES"** with the Clerk of Court, using the CM/ECF System which will automatically send e-mail notification of such filing to the following attorneys of record:

        Susan C. Atkinson, Esq.
        Atkinson & Associates, LLC
        144 Vidal Boulevard
        Decatur, Georgia 30030

This 20th day of October, 2017.

[4]

                    ***/s/ Laura L. Moore***
                    Laura L. Moore
                    Georgia Bar No. 870394

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (fax)
laura.moore@fultoncountyga.gov